IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDELL HIGHTOWER, AIS #124216** : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION 15-00427-KD-C |
| : | |
| **CARTER DAVENPORT,** : | |
| Respondent. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 11, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Petitioner Hightower's petition for writ of habeas corpus is summarily dismissed, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, for failure to state a claim for federal habeas corpus relief.

Petitioner Hightower is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **8**th day of **October 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**